## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| Sharon Clark, | : |
| Plaintiff, | : Civil Action No.: _____ |
| v. | : |
| Capital One Bank (USA) N.A.; and DOES 1-10, inclusive, | : **COMPLAINT** |
| Defendants. | : |

For this Complaint, the Plaintiff, Sharon Clark, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA").

2. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

4. The Plaintiff, Sharon Clark ("Plaintiff"), is an adult individual residing in Temple Hills, Maryland, and is a "person" as defined by 47 U.S.C. § 153(39).

5. Defendant, Capital One Bank (USA) N.A. ("Capital"), is a Virginia business entity with an address of 1680 Capital One Drive, McLean, Virginia 22102, and is a "person" as defined by 47 U.S.C. § 153(39).

**FACTS**

6. In or around May 2013, Capital began placing calls to Plaintiff's residential telephone.

7. At all times mentioned herein, Capital placed calls to Plaintiff's residential telephone using an automatic telephone dialing system ("ATDS") and/or by using an artificial or prerecorded voice.

8. When Plaintiff answered a call from Capital one she was met with a recording: "Hello, my name is Linda and I have financial solutions to help. Please call 1-800-955-6600."

9. Plaintiff contacted Capital and requested that her residential telephone number be taken off of the call list.

10. Plaintiff further sent Capital a letter instructing it to cease all calls to her residential telephone.

11. Capital responded to Plaintiff's letter and informed Plaintiff that her number has been placed on a do not call list.

12. However, Capital continued to place ATDS calls to Plaintiff's residential telephone number.

13. The calls from Capital to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

**COUNT I**
**VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT –**
**47 U.S.C. § 227, et seq.**

14. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15. Without prior consent the Defendants made telephone calls to the Plaintiff's

residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the Plaintiff in violation of 47 U.S.C. § 227(b)(1)(B).

16. Defendants placed calls to Plaintiff's residential telephone line using prerecorded voice knowing that it lacked consent to call his number. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

17. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

18. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## **PRAYER FOR RELIEF**

**WHEREFORE**, the Plaintiff prays that judgment be entered against the Defendants:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

3. Actual damages from Defendant for the all damages suffered as a result of the intentional, reckless, and/or negligent invasions of privacy in an amount to be determined at trial for Plaintiff; and

4. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: February 19, 2014

                               Respectfully submitted,

                               By   /s/ Sergei Lemberg
                               Sergei Lemberg, Esq.
                               LEMBERG LAW L.L.C.
                               1100 Summer Street, 3rd Floor
                               Stamford, CT 06905
                               Telephone: (203) 653-2250
                               Facsimile:  (203) 653-3424
                               ATTORNEYS FOR PLAINTIFF