**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Sharon Clark, | : |
| | : |
| | : Civil Action No.: 8:14-cv-00489-PWG |
| Plaintiff, | : |
| v. | : |
| | : |
| Capital One Bank (USA) N.A.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Sharon Clark ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 20, 2014

> Respectfully submitted,
> By /s/ Sergei Lemberg
> Sergei Lemberg, Esq.
> LEMBERG LAW L.L.C.
> A Connecticut Law Firm
> 1100 Summer Street, 3rd Floor
> Stamford, CT 06905
> Telephone: (203) 653-2250
> Facsimile: (203) 653-3424
> ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 20, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By  /s/ Sergei Lemberg

                 Sergei Lemberg